THOMAS E. WINNER
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
lmiller@awslawyers.com
*Attorneys for Steve Briones*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTHA ROMERO-HERNANDEZ, an individual,<br><br>Plaintiff(s)<br><br>vs.<br><br>STEVE BRIONES, an individual; DOES I-X; AND ROE COPORATIONS 1-X, inclusive,<br><br>Defendant(s) | CASE NO.: 2:16-cv-01778-JCM-GWF<br>DEPT. NO.:<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between the law firm G. DALLAS HORTON & ASSOCIATES, attorneys for the Plaintiff, MARTHA ROMERO-HERNANDEZ, and the law firm ATKIN WINNER & SHERROD, attorneys for Defendant, STEVE BRIONES, that Plaintiff's Complaint be dismissed with prejudice in its entirety, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above-referenced matter.

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above-referenced matter.

. . .

Dated this 6TH day of ~~November~~ December, 2016.

ATKIN WINNER & SHERROD

_____
THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102

*Attorneys for Defendant, Steve Briones*

Dated this 30 day of November, 2016.

G. DALLAS HORTON & ASSOCIATES

_____
G. Dallas Horton
Nevada Bar No. 5996
Christian Smith
Nevada Bar No. 8266
4435 South Eastern Ave.
Las Vegas, Nevada 89119

*Attorneys for Plaintiffs*

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above-referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above-referenced matter.

DATED December 9, 2016.

_____
U.S. DISTRICT JUDGE

Respectfully Submitted by:

ATKIN WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Steve Briones*